UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-60126-WJZ

LUIS SIERRA,

    Plaintiff,

vs.

DRAGON WAH, INC.
d/b/a DRAGON CITY,

    Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, LUIS SIERRA, and Defendant DRAGON WAH, INC. d/b/a DRAGON CITY, by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action with prejudice. Each party shall bear his/its own attorneys' fees and costs.

AGREED and STIPULATED on this 15th day of June, 2017.

| | |
|---|---|
| */s/ Jessica L. Kerr* | */s/ Tony Pornprinya* |
| Jessica L. Kerr, Esquire | Tony Pornprinya, Esquire |
| Florida Bar No. 92810 | Florida Bar No. 0027960 |
| **THE ADVOCACY GROUP** | */s/ Fiorella Del Aguila, Esq.* |
| 333 Las Olas Way, CU3 Suite 311 | Fiorella Del Aguila, Esquire |
| Fort Lauderdale, FL 33301 | Florida Bar No. 0068592 |
| Telephone: (954) 282-1858 | **LAW OFFICE OF TONY PORNPRINYA** |
| Facsimile: (844) 786-3694 | 1555 NE 123rd Street |
| Email: service@advocacypa.com | North Miami, FL 33161-6029 |
| *Counsel for Plaintiff* | Telephone: (305) 893-8989 x101 |
| | Email: tony@miamidadelaw.net |
| | Email: fiorella@miamidadelaw.net |
| | *Counsels for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of June 2017, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                By: */s/ Jessica L. Kerr*
                                                Jessica L. Kerr, Esquire
                                                Florida Bar No. 92810